NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FG SRC, LLC,**
*Appellant*

v.

**INTEL CORPORATION, XILINX, INC.,**
*Appellees*

---

2022-1760

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01449, IPR2021-00633.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    FG SRC, LLC v. INTEL CORPORATION

(2)  Each side shall bear their own costs.

                                         FOR THE COURT

August 17, 2022
        Date                    /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court

**ISSUED AS A MANDATE:** August 17, 2022